UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blancas,<br><br>         Plaintiff,<br><br>   vs.<br><br>RGS Financial, Inc.,<br><br>         Defendant. | Case No.: 4:17-CV-590-TUC-JAS<br><br>**ORDER** |

Based on the Stipulation (Doc. 13) of counsel, this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The case management conference scheduled for April 2, 2018 is vacated.

Dated this 23rd day of March, 2018.

Honorable James A. Soto
United States District Judge

4:17-CV-590-TUC-JAS                                                                                  PROPOSED ORDER